**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Victor Alfonso GAONA DELGADO, also
known as Miguel Angel Trevino, also
known as Victor Alfonso Gaona, also
known as Victor Alfonso Gaona–Delgado, also known as Victor Gaona
Delgado, also known as Miguel Trevino, also known as Miguel Angel Trevino–Gaona, Defendant–Appellant.**

No. 10–20704
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 21, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX,
for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for
Defendant–Appellant.

Before BENAVIDES, STEWART, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Victor Alfonso Gaona Delgado was convicted of illegal reentry by a felon and was
sentenced, pursuant to the district court's
decision to impose an upward variance, to
serve 45 months in prison and a three-year
term of supervised release. In this appeal,
Gaona Delgado argues that his sentence is
substantively unreasonable because the

district court failed to give proper weight
to his arguments in mitigation and because
his 45–month sentence exceeds what is
needed in his case. Because Gaona Delgado did not raise these issues in the district
court, they are reviewed for plain error
only. *See United States v. Mondragon–
Santiago,* 564 F.3d 357, 361 (5th Cir.2009).

Our review of the record and pertinent
authority shows that Gaona Delgado's arguments are unavailing. The choice of
sentence was grounded in the judge's assessment of proper factors, and the sentence itself is not unreasonable. *See* 18
U.S.C. § 3553(a); *United States v. Smith,*
440 F.3d 704, 708 (5th Cir.2006). Gaona
Delgado's arguments amount to no more
than a disagreement with the district
court's sentencing decision, and this quarrel does not suffice to show error in connection with his sentence.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.